AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**EDWARD AARON SOMMER,**

    Petitioner,

                                  **JUDGMENT IN A CIVIL CASE**

v.

**SHERIFF DAVE PHALEN,**         **CASE NO. C2-06-1048**
                                              **JUDGE EDMUND A. SARGUS, JR.**
        Respondent.                  **MAGISTRATE JUDGE NORAH MCCANN KING**


   \_\_\_    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

   X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

       **Pursuant to the OPINION AND ORDER filed December 14, 2007, JUDGMENT is hereby entered DISMISSING this action.**


Date: December 14, 2007                      JAMES BONINI, CLERK


                                                   */S/ Andy F. Quisumbing*
                                                  (By) Andy F. Quisumbing
                                                  Courtroom Deputy Clerk